# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00386-AT
## USA v. Hunsinger
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 01/19/2023.

TIME COURT COMMENCED: 02:40 P.M.
TIME COURT CONCLUDED: 06:00 P.M.
TIME IN COURT: 3:20
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
USPO: Paul Sims
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| DEFENDANT(S): | [1]Richard Tyler Hunsinger Present at proceedings |
| ATTORNEY(S) PRESENT: | No Active Attorney Present |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| MINUTE TEXT: | Contested Sentencing Hearing held. Defense witness Megan Harrison sworn and testified. Defendant exhibit 3 admitted. Hearing continued to a date to be determined. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |